IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.    ) | 2:21cr48-MHT |
| ) | (WO) |
| VANCE KEVANTE ROBINSON ) | |

**SUPPLEMENTAL ORDER ON MENTAL-HEALTH RELATED CONDITIONS OF SUPERVISED RELEASE**

During the sentencing hearing on July 29, 2021, the court considered the findings of defendant Vance Kevante Robinson's recent mental-health evaluation (Doc. 45-1), which was conducted by Dr. Adriana Flores. The court agrees with the recommendations therein and believes that their implementation will help Robinson treat his mental-health issues and avoid further criminal behavior after his time in custody. Accordingly, it is ORDERED that:

(1) The United States Probation Office shall arrange for defendant Vance Kevante Robinson to have a thorough psychiatric consultation to address treatment for depression, defendant Robinson's possible intellectual

deficits, and his ability to cope in everyday life without a firearm.

(2) The United States Probation Office shall arrange, until further order of the court, for defendant Robinson to receive mental-health treatment, which shall include psychotherapy at least twice per month, to address the issues described above.

(3) The United States Probation Office shall arrange for defendant Robinson to re-enroll at the Dannon Project or another similar program, or shall alert the court if such a program is unavailable.

DONE, this the 3rd day of August, 2021.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE